IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LARRY STOTTS and ELIZABETH STOTTS | PLAINTIFFS |
| v.  No. 3:18-cv-93-DPM | |
| OBERMANN CONCRETE OF NORTHEAST ARKANSAS, INC., a/k/a NEAR Ready Mix | DEFENDANT |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, a/s/o Robertson Contractors, Inc. | INTERVENOR |

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2018